**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **OROSTREAM LLC,**<br><br>             Plaintiff,<br>v.<br><br>**RIVERBED TECHNOLOGY, INC.,**<br><br>             Defendant. | C.A. No. 1:18-cv-01665-RGA<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Orostream LLC hereby files this voluntary Notice of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Orostream LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

Dated: February 12, 2019

OF COUNSEL:

David R. Bennett
(Admitted *pro hac vice*)
DIRECTION IP LAW
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff Orostream LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 12, 2019.

                                                    */s/ Timothy Devlin*
                                                    Timothy Devlin